# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE )
                 )     ID No. 1802014360
v. )
                 )
MELVIN W. FINNEY )
                 )
Defendant. )

Date submitted: September 2, 2025
Date decided: September 17, 2025

*Upon Commissioner's Report and Recommendation that Defendant's Motion for Postconviction Relief Should be Denied -* **ADOPTED.**

*Upon Commissioner's Report and Recommendation that Defendant's Motion to be Exonerated Should be Denied -* **ADOPTED.**

*Upon Commissioner's Report and Recommendation that Rule 61 Counsel's Motion to Withdraw Should be Granted -* **ADOPTED**

## <u>ORDER</u>

The Court having considered the Commissioner's Report and Recommendation, for the following reasons, it is **ADOPTED**.

1.       On September 16, 2020, Defendant Melvin W. Finney ("Finney") filed a *pro se* Amended Motion for Postconviction Relief.[1] Finney filed a supplement to his amended motion on January 30, 2024 (together, the "Postconviction Motion"). On September 25, 2020, the Court appointed Rule 61 Counsel.[2] After a stay to allow

---

[1] D.I. 80.
[2] D.I. 84.

time for statements to be transcribed and an extension of time to file a further amended motion or a motion to withdraw, Rule 61 Counsel filed a Motion to Withdraw as Postconviction Counsel, pursuant to Rule 61(e)(6) on January 3, 2023 ("Motion to Withdraw").[3] On April 3, 2025, Finney filed a Motion to be Exonerated.[4]

2. The Court referred the motions to a Superior Court Commissioner under 10 *Del. C.* § 512 and Superior Court Criminal Rule 62.[5]

3. On August 18, 2025, the Commissioner issued her Report and Recommendation (the "Report").[6] The Commissioner recommended that the Court deny the Postconviction Motion and the Motion to be Exonerated and to grant the Motion to Withdraw. Under Rule 62, "[w]ithin 10 days after filing of a Commissioner's proposed findings of fact and recommendations …, any party may serve and file written objections the Commissioner's order."[7] Accordingly, any objections had to be filed by September 2, 2025.[8]

4. No objections have been filed. Finney, therefore, waived his right to object to the Report.[9] Accordingly, the Court hereby adopts the Commissioner's

---

[3] D.I. 96-97.
[4] D.I. 134.
[5] D.I. 112.
[6] D.I. 135.
[7] Super. Ct. Crim. R. 62(a)(5)(ii).
[8] Because the period is less than 11 days, intervening weekends and holidays are excluded from the computation of time. Super. Ct. Crim. R. 45(a). September 1, 2025 was a legal holiday, so the time for filing objections was extended to September 2, 2025.
[9] *State v. Williams*, 2019 WL 1983407, at *1 (Del. Super. Apr. 30, 2019).

Report in its entirety and Finney's Postconviction Motion and Motion to be Exonerated are **DENIED** and the Motion to Withdraw is **GRANTED**.

> /s/Kathleen M. Miller
> Kathleen M. Miller, Judge

**IT IS SO ORDERED**.

Original to Prothonotary
cc: Melvin W. Finney (SBI# 00183868)
    Diana A. Dunn, Esq.
    Benjamin S. Gifford, IV, Esq.
    Ralph D. Wilkinson, Esq.